UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER, | No. 2:18-cv-2493-TLN-EFB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JEB TRUMMEL, et al., | |
| Defendants. | |

This civil rights action was closed on February 5, 2019 because plaintiff failed to either pay the filing fee or seek leave to proceed in forma pauperis ECF Nos. 7, 8. On January 7, 2021, plaintiff filed a letter to the Clerk of the Court and on February 16, 2021, plaintiff filed a "civil complaint." ECF Nos. 10, 11. The court takes no action on plaintiff's filings as this case is closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: February 22, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE